HONORABLE JAMES L. ROBART

09-CV-00266-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

J.E., an individual,

    Plaintiffs,

vs.

SOCIETY OF JESUS, OREGON PROVINCE, an Oregon corporation; SEATTLE UNIVERSITY, a Washington corporation,

    Defendants.

NO. C09-0266 JLR

[PROPOSED] ORDER GRANTING DEFENDANT SEATTLE UNIVERSITY'S MOTION FOR LEAVE TO FILE ~~FIFTEEN~~ Nine PAGE REPLY BRIEF

THIS MATTER having come on for hearing on Defendant Seattle University's Motion For Leave To File ~~Fifteen~~ Nine (see Local Rules W.D. Wash. CR 7(f)(4)) Page Reply Brief; the Court having considered the Motion, and having reviewed the records and files contained herein, now, therefore, it is hereby

ORDERED that defendant Seattle University may file and serve an overlength reply brief not to exceed ~~fifteen~~ Nine (~~15~~ 9) pages.

DONE IN OPEN COURT this 1st day of April, 2009.

                    /s/ James L. Robart
                    HONORABLE JAMES L. ROBART

Presented by:

    /s/ Lawrence R. Cock
Lawrence R. Cock, WSBA #20326
Colleen Kinerk, WSBA #7676
CABLE, LANGENBACH, KINERK & BAUER, LLP
Attorneys for Defendant Seattle University

(PROPOSED) ORDER GRANTING DEFENDANT SEATTLE UNIVERSITY'S MOTION FOR LEAVE TO FILE OVERLENGTH REPLY - 1
Cause No. C09-0266 JLR

CABLE, LANGENBACH,
KINERK & BAUER, LLP
1000 SECOND AVENUE #3500
SEATTLE, WASHINGTON 98104-1048
(206) 292-8800